AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DONNIE DUANE WREN,
and
THOMAS HARLEN SMITH,

*Defendant*

Case: 1:21-cr-00599
Assigned to: Judge Walton, Reggie B.
Assign Date: 9/24/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Thomas Harlen Smith,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings

Date: 09/24/2021

2021.09.24
17:04:12 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 09/29/2021, and the person was arrested on (date) 10/06/2021
at (city and state) _____.

Date: 10/06/2021

*Arresting officer's signature*

D. BLOUNT  FBI
*Printed name and title*