NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                            Criminal Number   21-CR-00599-RBW

Donnie Duane Wren
　　　　(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

George T. Pallas, FL0108
(Attorney & Bar ID Number)

George T. Pallas, P.A.
(Firm Name)

2420 Coral Way
(Street Address)

Miami                    FL                    33145
(City)                  (State)                 (Zip)

305-856-8580
(Telephone Number)