UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> DONNIE DUANE WREN and THOMAS ) <br> HARLEN SMITH, ) <br> ) <br> Defendants. ) <br> ) | Criminal Action No. 21-599 (RBW) |

**ORDER**

In light of the upcoming pre-trial conference scheduled for March 13, 2023, in this case, it is hereby

**ORDERED** that, on or before March 6, 2023, at 5:00 p.m., the parties shall file any oppositions to the pre-trial motions filed on February 24, 2023.

**SO ORDERED** this 1st day of March, 2023.

_____
REGGIE B. WALTON
United States District Judge