UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 21-599 (RBW) |
| ) | |
| DONNIE DUANE WREN and THOMAS  ) | |
| HARLEN SMITH,   ) | |
| ) | |
| Defendants.   ) | |

FILED
MAR 0 1 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the government's Motion for Extension of Time to Respond to Pretrial Motions, ECF No. 69, and for good cause shown, it is hereby

**ORDERED** that the government's Motion for Extension of Time to Respond to Pretrial Motions, ECF No. 69, is **GRANTED**. It is further

**ORDERED** that, on or before March 17, 2023, the parties shall file their oppositions to the pre-trial motions currently pending in this case. It is further

**ORDERED** that, on or before March 24, 2023, the parties shall file any replies in support of the pre-trial motions currently pending in this case. It is further

**ORDERED** that the pre-trial conference scheduled for March 13, 2023, is **CONTINUED** to April 5, 2023, at 11:00 a.m. via video conference.[1]

**SO ORDERED** this 1st day of March, 2023.

REGGIE B. WALTON
United States District Judge

---

[1] In its November 28, 2022 Order, the Court originally specified that "[b]ecause the current iteration of the Court's CARES Act authorization for remote hearings will expire prior to the pre-trial conference scheduled in this case, the Court w[ould] conduct this hearing in-person." Order at 1 n.1 (Nov. 28, 2022), ECF No. 50. However, because the Court's CARES Act authorization for remote hearings has now been extended through May 8, 2023, the Court will hold this pre-trial conference via videoconference.