IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 1:21cr0599-RBW

THOMAS HARLEN SMITH

NOTICE OF ATTORNEY APPEARANCE

M. Scott Davis, Assistant Federal Public Defender, hereby enters his appearance as co-counsel for Defendant, Thomas Harlen Smith, in the above styled and numbered cause.

Respectfully submitted, this the 12th day of April, 2023.

/s/M. Scott Davis
M. SCOTT DAVIS, MSB #103225
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
(662) 236.2889
(662) 234.0428 (Fax)
scott_davisfd.org

CERTIFICATE OF SERVICE

I, M. Scott Davis, co-counsel for Defendant, Thomas Harlen Smith, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated, this the 12th day of April, 2023.

 /s/ M. Scott Davis
 M. SCOTT DAVIS
 Assistant Federal Public Defender