UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>THOMAS HARLEN SMITH,     )<br>)<br>Defendant.     )<br>) | Criminal Action No. 21-599 (RBW) |

## VERDICT

**Count One:** As to the offense of Obstructing Officers During a Civil Disorder, we the jury unanimously find the Defendant, Thomas Harlen Smith:

_____   \_\_\_\_X\_\_\_\_\_
Not Guilty     Guilty

**Count Two:** As to the offense of Obstructing Officers During a Civil Disorder, we the jury unanimously find the Defendant, Thomas Harlen Smith:

_____   \_\_\_\_X\_\_\_\_\_
Not Guilty     Guilty

**Count Three:** As to the offense of Obstruction of an Official Proceeding, we the jury unanimously find the Defendant, Thomas Harlen Smith:

_____   \_\_\_\_X\_\_\_\_\_
Not Guilty     Guilty

If you have marked Guilty as to Count Three above, proceed to Count Four. If you marked Not Guilty, you must consider the alternative charge:

**As to the offense of Aiding and Abetting the Obstruction of an Official Proceeding, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____      _____
Not Guilty                                Guilty

**Count Four: As to the offense of Assaulting, Resisting, or Impeding Certain Officers, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____      _____X_____
Not Guilty                                Guilty

If you have marked Guilty as to Count Four above, proceed to Count Five. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Assaulting, Resisting, or Impeding Certain Officers (without physical contact with the victim or intent to commit another felony), we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____      _____
Not Guilty                                Guilty

**Count Five: As to the offense of Assaulting, Resisting, or Impeding Certain Officers, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____      _____X_____
Not Guilty                                Guilty

If you have marked Guilty as to Count Five above, proceed to Count Six. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Assaulting, Resisting, or Impeding Certain Officers (without physical contact with the victim or intent to commit another felony), we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____        _____
Not Guilty                          Guilty

**Count Six: As to the offense of Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____        _____X_____
Not Guilty                          Guilty

If you have marked Guilty as to Count Six above, proceed to Count Ten. If you marked Not Guilty, you must consider the following offense:

**As to the offense of Assaulting, Resisting, or Impeding Certain Officers, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____        _____
Not Guilty                          Guilty

**Count Ten: As to the offense of Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____        _____X_____
Not Guilty                          Guilty

If you have marked Guilty as to Count Ten above, proceed to Count Eleven. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Entering or Remaining in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____  _____
Not Guilty        Guilty

**Count Eleven: As to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____  ____X_____
Not Guilty        Guilty

If you have marked Guilty as to Count Eleven above, proceed to Count Twelve. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Disorderly or Disruptive Conduct in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____  _____
Not Guilty        Guilty

**Count Twelve: As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____  ____X_____
Not Guilty        Guilty

If you have marked Guilty as to Count Twelve above, proceed to Count Thirteen. If you marked Not Guilty, you must consider the lesser included offense:

**As to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we the jury unanimously find the Defendant, Thomas Harlen Smith:**

_____          _____
Not Guilty                                        Guilty

**Count Thirteen:** As to the offense of Disorderly Conduct in a Capitol Building or Grounds, we the jury unanimously find the Defendant, Thomas Harlen Smith:

_____          ____X_____
Not Guilty                                        Guilty

**Count Fourteen:** As to the offense of Act of Physical Violence in the Capitol Building or Grounds, we the jury unanimously find the Defendant, Thomas Harlen Smith:

_____          ____X_____
Not Guilty                                        Guilty

**Please sign and date this verdict form on the lines provided below.**

_5/5/2023_
**Date**

If you agree with the verdict as indicated by your Foreperson, please sign, indicate your juror number, and date this verdict slip on the lines provided below.