

OUR FLAG

OUR RIGHT