Dear Honorable Judge Walton,

I hope that you're having a great day and I hope that all is well. Thank you for taking the time to read this. My dad, Thomas H. Smith, is one of the most important people in this world to me. I've never went more than just a couple weeks without seeing my dad. His sentencing date will be the first time I've seen him in person since April 15. I miss him very much, but I've been doing my best with helping my grandparents and taking care of dads stuff. My dad is a great person truly. He is one to stop on the side of the road to help anybody of any need that he can possibly help. He took in one of my best friends in a rough time and help finish raising him while giving him a place to stay. Dad is a real hard-working fella. One thing he has always told me is to work hard and true. Since the summer I turned 12 I've been working all types of jobs I wouldn't have known anything without my dad. Luckily I just graduated from east Mississippi community college and was able to start working full time At Thompson CAT. It is help me to make enough money to take care of myself the house that me and my dad lived in and to help my grandparents like my dad was doing before getting locked up. My dad is a needed person. He plays a major role in taking care of my disabled grandparents. He has a 5 year old daughter 16 year old daughter and me the oldest at 19 those two girls could really use him being around in this time of their life's. I really could too but more them than me. Over the past few months, I've learned to take care of myself, and learn how to take care of a household as an adult. But the point of this letter is for me to tell you that my dad is not a bad person. He believes in what's right and does his best to teach me and my sisters that. He's always taught us to honor and respect police officers. I can imagine from ur stand point judge he looks bad, but he is just a hard working blue coller man that was in the wrong spot at the wrong time. Thanks for reading sir.

Scott Smith

Dear judge,

   I am Sophia Smith, Thomas Smiths daughter, I just turned 16 years old and in the 11th grade. I know my dad has messed up and definitely done things we just don't all the way understand.  The Florida situation was a miss understanding, no, he did not give us medication but we took it without asking. Being the adult in the situation he got blamed for it. I just did not want for you to think he was giving out prescription medication to us. We've all made mistakes in our life. I believe my dad is a good person at heart. Before he left to go back to DC he got saved which we are so proud of him for ,and I know there's no excuse but only the truth of why he did what he there.But mistakes will better you in the end and hopefully learn lessons. So what i am summing up is that i believe my dad is a good person and becoming a better person and father everyday, trying to fix the mistakes in the passed.


Thank you for reading,

Sophia Smith

Date: July 17, 2023
From: Brandy McCollum
Address: 145 East Jenkins Rd
Ellisville, MS 39437

To: The Honorable Reggie Walton
Address: United States Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

Your Honor,

My name is Brandy McCollum and I am writing in refrence to Thomas H. Smith ( I will be refering to as Tommy) who has been charged before your court with charges stemming from January 6, 2021. I understand the seriousness of the matter, but I hope that leniency will be shown.

The news of this matter caught me by surprise since it is completely out of the spirit of Tommy. I can speak to you with authority about the moral condition of Tommy, and I hope your good faith will take into account this brief letter when you have to make your wise decision. I have personally known Tommy for 20+ years as he is one of my closest friends. I consider him to be one of the most responsible people I've ever met.

Tommy works as owner/operator of 3G (3rd generation) Dozer and Utlitly Services During my relationship with Tommy, I have experienced an individual who is very punctual, hardworking and polite. Throughout the years, I have known Tommy, he always formed a very positive opinion of his great interpersonal skills and success-oriented approaches. In addition, Tommy is a family-person who has always presented himself with levelheadedness and grace. His 3 children rely on him grealty as his youngest has not started kindergarden yet. He volunteers his time to the less fortunate. He has built wheel chair ramps for several in his community not to mention the endless driveway repairs and homes he helps repair at no cost to the owner. He is an ative member is his church, has since been baptised and is been learning to play the drums for their chior. These qualities make him a valuable member of society.

I can attest that he has shown sincere remorse for offenses. In my heart I know that anything that occured would have been completely out of character for Tommy. Thank you for your time and I hope you consider my reference letter when determining the outcome of this matter. I am sure that you know the power that the decision that you have on the life of Tommy and you will take a wise disposition.


Best regards,

Signature:

*Brandy McCollum*

July, 14, 2023

Dear Judge Walton,

I am writing you today on behalf of Thomas Smith, whom I know as Tommy. I have known Tommy for 22 years. He was my brother in law for 18 of those years. In those years, I have never known for Tommy to be a violent man. I have only known him to be a man of good character, with decency and good morals. I have witnessed him stand up for women and children in times of disrespect.

Tommy, out of anyone in his family has always been the man who checked in on my daughter (his niece), never letting her go without knowing she was loved by her Uncle. He has been a wonderful father to his two children and has done a wonderful job raising them. While I am aware of the allegations against him, the Tommy I know has surely learned a great deal from these recent events. I have witnessed him change for the better since these events. Your honor, I ask with great sincerity that you take all great qualities of Tommy into consideration and show leniency in his sentencing.

There are so many on the outside that love him, miss him, and need him home.

    Thank You.

    Sincerely,
    Christina Rivera

To whom it may concern:
I am writing this letter to speak to the character of Thomas Smith. I have personally known Thomas for many years, as the husband of his famh sister-in-law. In all honesty he was the only member of that family that always checked on my wife and the children. He has been good, and respectful to me from the days we were introduced. Tommy has always portrayed himself as a man of integrity and has never shown an ounce of mistrust in my eyes. Since I have known this man he has been an upholding, god fearing man, that has always put his family and work above all, and in no way deserves what has been done to him

[signature]

7-4-23

Dear Honorable Judge Walton,

I am writing regarding Thomas Smith. Tommy is a good loving son. I have COPD and his daddy lost both of his legs above the knees two years ago.
Tommy built an elevator for our home. We live 15 feet above the ground so his daddy could get in and out of the house.
He was coming out regularly to check cables and would cut out grass every two weeks.
He had taken over paying the phone bill since we are on a fixed income and always asks if we need anything.
Tommy is an amazing son and is a wonderful father. He spends time with all of his children. Tommy loves God, his family and our Country.
His daddy and I are asking for leniency please. We love Tommy and need him home.

Sincerely,
Jimmy and Karen Smith

**RESTORATION**CHURCH

Restoration Church
1265 S. Main Street, Greenville, MS
(662) 332-2301
restorationgreenville@yahoo.com
www.restorationchurchgreenville.tv

## Dear honorable Judge Walton,

I'm writing on behalf of my older brother, Thomas (Tommy) Smith. I am the youngest of five brothers. My older brothers had a challenging life and were mostly raised by our grandmother. Tommy, as we call him, has done exceedingly well for himself despite the trials he had to endure. Tommy is an upstanding citizen, a contributor to his local community, a fantastic father, a good brother, and an upcoming business owner. Tommy has worked hard to learn the business of excavation and has also been committed to being a great father. In the last two years, our father and my mother, his stepmother, have fallen ill. Our father had both legs amputated. Tommy has stepped in and been the "go-to" person when they have needs. Tommy ensures their grass is cut, their house is functional, and has even installed an elevator to ensure my father can still live in his home, which is 15-foot above ground. He has been an invaluable resource for our parents.

Our parents and Tommy's children need Tommy at home. I am humbly petitioning for leniency as it pertains to Tommy's sentencing. Tommy loves his country, his family, and his business. I know that all those entities will suffer without Tommy's presence in the free community.

I issue this request both as a brother and a seasoned pastor. I know Tommy as well as anyone. Tommy is a lover of Jesus and America. I believe this event has taught Tommy a few things. I also believe that Tommy has a lot to offer to his country as a free citizen.

Thank you for your consideration.

In Christ,

Bishop James Smith, Lead Pastor

Honorable Judge Walton;

I am writing on behalf of Thomas (Tommy) Smith. We both live in the small town of Mathiston, Mississippi.
I own and operate my own business, Palmer's Service Center, and I have for eighteen years now. Tommy
has worked for me. I call on him when I need Bulldozer or Excavator Service. He is a very hard worker, reliable,
and fair. I feel he is a Contribution to Society. A Family man, who owns his own business and residence. His son
and daughter miss him very much and rely on him for guidance and financial support. Please have mercy on
Tommy and allow him to come home.

Thank You,

Sincerely,

*[signature: J Palmer]*

James Michael Palmer

Dear Judge Walton,

I hope this letter finds you in good health and high spirits. I am writing to provide a personal recommendation for Mr. Thomas Smith, who is appearing before your court. I have had the privilege of knowing Thomas for several years and have found him to be an exceptional individual.

I want to emphasize that Thomas is a very peaceful and kind-hearted human being. Throughout the time I have known him, he has consistently demonstrated a strong commitment to treating others with respect and empathy. His peaceful nature extends not only to his interactions with friends and acquaintances but also to strangers and the broader community.

Thomas is a great guy in every sense of the word. He is dependable, honest, and always willing to lend a helping hand to those in need. His integrity and sincerity shine through in his actions and words, and he is someone whom people can trust without hesitation.

I firmly believe that Thomas is a valuable asset to our society, and any legal situation he may be involved in does not define his true character. His dedication to making positive contributions to his community is commendable, and I am confident that he will continue to be a responsible and law-abiding citizen.

I respectfully request that you consider Thomas's peaceful and kind nature when making your decision. I firmly believe that he is deserving of any leniency or understanding the court can extend. I am more than willing to vouch for his character and provide any additional information that may be useful to your deliberations. Thank you for your time and consideration. If you have any further questions or require any more information, please do not hesitate to contact me.

Sincerely,

Jadyn Thole

Dear Honorable Judge Walton,

Thank you for your time, I know it is precious. I am writing today to ask for leniency in the case of Tommy Smith. I realize you are probably over many of the cases of involving things done on January 6th, it is probably a hard task to decide the actually intent of many of the people. I have known Tommy for about 13 years now. He is a very kind man, one that would give you the shirt off his back. I give you, he may run his mouth a bit, but he isn't the type to truly harm anyone. He is a hard worker and generous person. I hope you will have mercy in this case. Thank you again for your time and service to this country.

Thank you,
Christina Smith

Honorable Judge Walton;

I am writing on behalf of Thomas (Tommy) Smith. We both live in the small town of Mathiston, Mississippi.
I own and operate my own business, Palmer's Service Center, and I have for eighteen years now. Tommy
has worked for me. I call on him when I need Bulldozer or Excavator Service. He is a very hard worker, reliable,
and fair. I feel he is a Contribution to Society. A Family man, who owns his own business and residence. His son
and daughter miss him very much and rely on him for guidance and financial support. Please have mercy on
Tommy and allow him to come home.

Thank You,

Sincerely,

*[signature]*

James Michael Palmer

Stephanie C. Johnson
8212 Sturgis West Point Rd
Sturgis, MS 39769
662-561-6006
wherethawildthingsgrow@gmail.com


July 20, 2023

Re: Thomas Smith Sentencing


Honorable Judge Walton,

I write to you today in support of my friend, Thomas "Tommy" Harlen Smith. Tommy and I have had an active friendship for about 23 years. We have truly seen each other on some bad days.

I find it hard to believe that he committed the crimes he has been found guilty of. He isn't an angel – actually he is a jackass but he isn't violent – but I just cannot believe that he attacked or assaulted anyone. It is my opinion that the convincing evidence has been manipulated and distorted to suit someone's propaganda. I find it more believable that he simply got swept up in the mob and struggled to find his way out of the chaos. I strongly encourage further investigation before handing out an unjust penalty to an honest, hard working man.

This conviction has left me absolutely astonished and utterly appalled with the United States Judicial system! I plead that your honor look past the convicting drama and look into the life of a good man, a devoted father and an all around good person. I ask for your honor's lintenacy at sentencing.

Best regards,

*Steph J*

Stephanie Johnson
662-561-6006

August 1, 2023 3B Cowboy Church

To Whom It May Concern,

In reference to the:

Character of Tommy Smith

Tommy was recommended as a Dozer operator for a small job. He came did the work and several other jobs we needed done. He carried himself properly and did a great job for us.

Tommy started coming to church, bringing his children and was very faithful to come and be a part of the church work. Tommy surrendered his life to the Lord and was Baptized.

Tommy enjoys helping other people sometimes at his own expense. He has a great relationship with his children and even his EX wife (she was there at church when he was Baptized, )

Tommy is a kind, respectful, and loving man of great character and ready to help someone in need.

Tommy is trustworthy and loves this country where we live. We have never seen any violent actions or attitudes from him. Always smiling, ready to help anyone in need.


We have known Tommy, about 3 years, and with his great character would recommend house arrest or short prison time. He needs to be back taking care of his family in our opinion.

Sincerely

From the 3B Cowboy Church.

July 21, 2023

Dear Honorable Judge Walton,

My name is Chris Lynch, and I am the Pastor of Hebron Baptist Church and Christian School. I have known Thomas Smith for the past three years. Both his children attended our school. Scott graduated a couple of years ago and Sophia is currently enrolled.

I met Tom at sporting events, school functions and volunteer workdays. I have found him to be a good man who loves his children. Tom also has a strong faith and love for his country. We both share very similar convictions. I have found him to be an honest and hardworking man.

I don't know everything about the case against Tom, but I have never seen him do anything out of character or to show disrespect to anyone. I have seen many parents upset at umpires or referees, including Tom, but he was never disrespectful or belligerent. I have never seen him be violent or disrespectful.

I hope my insight into the character of Tom will help you to better understand who Tom is and will be of help to you.

Sincerely,

Chris Lynch
Pastor, Hebron Baptist Church and Christian School

Honorable Judge Walton,

I've known Thomas Smith since he was a child. Tommy is a kind hearted man who loves his family, his children,
his community and his country. I've never known Tommy to be violent (loud and outspoken, yes) and can't help but
think he was simply caught up in his passion for our country. I believe once he has gained his freedom he'll quietly
fade back into his work and his family.

Thank you for your consideration,

Larry Goss Jr.
www.nutragreen.net
662-347-8695 cell
1-800-898-0353

**Bobby Spencer**
16546 Jefferson Oaks Dr.
Prairieville, LA 70769
(225) 313-9974

July 22, 2023

Dear Honorable Judge Walton,

I'm writing this letter of recommendation for Thomas Smith. I have known him for around 30 years. He is my wife's cousin. For as long as I've known him he has been a kind, hard working family man.

We talked on the phone before he went to Washington, DC for January 6th. I told him that I didn't think it was a good idea to go to Washington. He said that he was going with a group of friends to support President Trump. I asked him are carrying a gun because the state laws are different in each state. He said no that he thought someone in the group might be bringing one. When he got back home we talked again on the phone and he told me that he did not bring a gun with him. He is a proud American who was only there to support President Trump in my opinion.

Sincerely,

*[signature]*

Bobby Spencer