UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 21-cr-599-RBW |
| | : | |
| DONNIE DUANE WREN and THOMAS HARLEN SMITH, | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits provided to the Court and counsel to be used by the government in the sentencing in this matter. The United States does not object to releasing these exhibits to the public. The exhibits are:

| # | File Name | Source | Length or Relevant Portion | Location Depicted |
| --- | --- | --- | --- | --- |
| 1 | 202.3.mp4 | Officer Todd's Body-worn Camera ("BWC") | 1 min and 26 sec long | Lower West Terrace Door ("Tunnel") |
| 2 | Ex 202.3_screenshot.PNG | Ofc Todd's BWC | Still image | Tunnel |
| 3 | 206.1.mp4 | Third Party | First min | Tunnel |
| 4 | Ex 206.1 screenshot.PNG | Third Party | Still image | Tunnel |
| 5 | 308.1.mp4 | Ofc Thornton BWC | 26 sec long | Upper West Terrace ("UWT") |
| 6 | 315.2.mp4 | Ofc Stacks BWC | 1 min and 23 sec long | UWT |
| 7 | Ex 315.2_screenshot.PNG | Ofc Stacks BWC | Still image | UWT |
| 8 | 316.1.mp4 | Ofc Campanale BWC | From 0:54 sec through end | UWT |
| 9 | Ex 316.1_screenshot.PNG | Ofc Campanale BWC | Still image | UWT |
| 10 | 329.pdf | Open source | Still image | UWT |
| 11 | 330.pdf | Open source | Still image | UWT |
| 12 | 331.mp4 | Open source | 19 sec long | UWT |
| 13 | 332.mp4 | Open source | First 35 sec | UWT |
| 14 | 806.20.JPG | Smith Facebook ("FB") | | FB post |

| # | File Name | Source | Length or Relevant Portion | Location Depicted |
|---|---|---|---|---|
| 15 | 807.9.JPG | Smith FB | | FB message |
| 16 | 807.12.JPG | Smith FB | | FB message |
| 17 | 809.1.JPG | Smith FB | | FB post |
| 18 | 811.13.JPG | Smith FB | | FB message |
| 19 | 811.16.JPG | Smith FB | | FB post |
| 20 | 811.27.JPG | Smith FB | | FB post |
| 21 | Screen Shot 2023-05-08 at 11.25.39 AM.png | Open source | | GiveSendGo.com |
| 22 | Smith GiveSendGo 10-2-23_2.PNG | Open source | | GiveSendGo.com |
| 23 | Smith GiveSendGo 10-6-23.PNG | Open source | | GiveSendGo.com |
| 24 | 634.JPG | Wren Cell Phone | | LWT |
| 25 | Screen Shot 2023-10-03 at 12.18.13 PM.png | Open source | | GiveSendGo.com |
| 26 | Screen Shot 2023-10-03 at 12.18.22 PM.png | Open source | | GiveSendGo.com |
| 27 | Screen Shot 2023-10-03 at 12.57.37 PM.png | Open source | | GiveSendGo.com |
| 28 | Screen Shot 2023-10-03 at 12.57.48 PM.png | Open source | | GiveSendGo.com |
| 29 | IMG_3059.PNG | Smith FB | | FB post |
| 30 | IMG_3057.PNG | Smith FB | | FB post |
| 31 | Pages 5-6 from 501.3.pdf | Wren FBI Interview | Excerpt | |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Tighe Robertson Beach*
TIGHE ROBERTSON BEACH
Colorado Bar No. 55328
VICTORIA SHEETS
New York Bar No. 5548623
Assistant United States Attorneys
Tel. No. (240) 278-4348 (AUSA Beach)
Email: tighe.beach@usdoj.gov

2