# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-00599-RBW |
| : | |
| **DONNIE DUANE WREN AND** : | |
| **THOMAS HARLEN SMITH,** : | |
| : | |
| : | |
| **Defendant.** : | |

## NOTICE OF GOVERNMENT'S SUBMISSION OF VICTIM IMPACT STATEMENT

Pursuant to the Court's order, the government hereby submits the attached redacted Victim Impact Statement.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    */s/ Victoria A. Sheets*
        VICTORIA A. SHEETS
        Assistant United States Attorney
        NY Bar No. 5548623
        601 D Street NW
        District of Columbia, DC 20530
        (202) 252-7566
        victoria.sheets@usdoj.gov